IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW FITCH, RICHARD D'ALESSANDRO, and MICHELLE HUTCHISON, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>GIANT EAGLE, INC. d/b/a GETGO CAFÉ + MARKET,<br>            Defendant. | Civil Action No. 2:18-cv-01534-DSC-CRE<br><br>**THIS MOTION RELATES TO THE *FITCH* ACTION** |
| JORDAN JONES, ROBERT LEMUS and JASON REED, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>GIANT EAGLE, INC.<br>            Defendant. | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

1

Pursuant to Fed. R. Civ. P. 56(d), Defendant's Motion for Summary Judgment ("Defendant's Motion") (ECF No. 134) should be denied, or in the alternative, deferred to allow Plaintiffs sufficient time to conduct the discovery necessary to respond. Though this action has been pending for almost two years, much of the litigation has been focused on Defendant's multiple motions to stay, transfer, and dismiss this and the related *Fitch* action. Recognizing the delays associated with Defendant's motions, the Court granted Defendant's request to take informal discovery for mediation purposes. The discovery consisted almost entirely of the depositions of the named and Opt-In Plaintiffs. The parties have not exchanged initial disclosures or written discovery, and no case management order regarding discovery has been entered by the Court. Plaintiffs have conducted even more limited discovery and will take no substantive merits discovery until after the Court has ruled on Plaintiffs' motion for conditional certification and court-authorized notice (if granted). The record is scant and the Court is not objectively in a position to properly weigh the merits of Plaintiffs' claims or Defendants' defenses including, as it has now been asked to do, the propriety of Defendant's exemption defense. Plaintiffs will be significantly and unfairly prejudiced if they are not permitted the discovery they need to respond to Defendant's Motion.

Accordingly, for the reasons described in Plaintiffs' Motion for Relief Pursuant to Fed. R. Civ. P 56(d) Regarding Defendant's Motion for Summary Judgment (filed contemporaneously and incorporated herewith), Plaintiffs cannot on the current record "present facts essential to justify its opposition." Fed. R. Civ. P 56(d). Accordingly, the Court should deny Defendant's Motion or, in the alternative, defer consideration to allow Plaintiffs sufficient time to conduct the discovery necessary to respond.

Dated: February 14, 2020
   Philadelphia, PA

             Respectfully submitted,

            By: *s/ Jason Conway*
              Gregg I. Shavitz
              **SHAVITZ LAW GROUP, P.A.**
              Gregg I. Shavitz
              gshavitz@shavitzlaw.com
              Camar Jones
              cjones@shavitzlaw.com
              Logan A. Pardell
              lpardell@shavitzlaw.com
              951 Yamato Road, Suite 285
              Boca Raton, FL 33431
              Telephone: (561) 447-8888
              Fax: (561) 447-8831

              Michael Palitz
              mpalitz@shavitzlaw.com
              830 Third Avenue, 5th Floor
              New York, NY 10022
              Telephone: (800) 616-4000

              **CONWAY LEGAL, LLC**
              Jason Conway (PA 317113)
              1700 Market Street, Suite 1005
              Philadelphia, PA 19103
              Telephone: (215) 278-4782
              Fax: (215) 278-4807
              jconway@conwaylegalpa.com

              **LEVIN, SEDRAN & BERMAN**
              Daniel C. Levin (PA 80013)
              510 Walnut Street
              Philadelphia, PA 19106
              Telephone: (215) 592-1000
              Fax: (215) 592-4663
              dlevin@lfsblaw.com

              ***Attorneys for Plaintiffs and the Putative Collectives and Classes***

## **CERTIFICATE OF SERVICE**

    I certify that, on February 14, 2020, I caused a copy of this document to be served on all counsel of record via the Court's CM/ECF system.

*s/ Jason Conway*
Jason Conway
