# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW FITCH,  )<br>RICHARD D'ALESSANDRO, and  )<br>MICHAELLE HUTCHISON, individually  )<br>and on behalf of all others similarly situated,  )<br>    )<br>    Plaintiffs,  )<br>        v.  )<br>    )<br>GIANT EAGLE, INC., d/b/a GETGO CAFÉ  )<br>+ MARKET,  )<br>    )<br>    Defendant.  )<br>    )<br>JORDAN JONES,  )<br>ROBERT LEMUS, and  )<br>JASON REED, individually and on behalf of  )<br>all other similarly situated,  )<br>    )<br>    Plaintiffs,  )<br>        v.  )<br>    )<br>GIANT EAGLE, INC.,  )<br>    )<br>    Defendant.  )  | Consolidated Civil Action No.<br>2:18-cv-01534-DSC-CRE<br><br><br><br>**THIS MOTION RELATES TO THE**<br>*JONES* **ACTION** |

## MOTION TO RECONSIDER ORDER STRIKING
## MOTION FOR SUMMARY JUDGMENT

Defendant Giant Eagle, Inc. respectfully moves this Court to reconsider the Text Order entered February 20, 2020 (Doc. 157) striking Giant Eagle's Motion for Summary Judgment (Doc. 130) for the reasons set forth in the accompanying Memorandum in Support of Motion to Reconsider.

Dated: February 27, 2020

Respectfully submitted,

*/s/ Jonathan D. Marcus*
Bernard D. Marcus (PA ID 01293)
marcus@marcus-shapira.com
Jonathan D. Marcus (PA ID 312829)
jmarcus@marcus-shapira.com

Erin Gibson Allen (PA ID 76990)
allen@marcus-shapira.com
Brian C. Hill (PA ID 204489)
hill@marcus-shapira.com
Joshua A. Kobrin (PA ID 318200)
kobrin@marcus-shapira.com
Elly Heller-Toig (PA ID 33244)
ehtoig@marcus-shapira.com

MARCUS & SHAPIRA LLP
301 Grant Street
One Oxford Centre, 35th Floor
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Counsel for Defendant Giant Eagle, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2020, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

*/s/ Jonathan D. Marcus*
Jonathan D. Marcus