## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW FITCH, <br> RICHARD D'ALESSANDRO, and <br> MICHAELLE HUTCHISON, individually <br> and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> GIANT EAGLE, INC., d/b/a GETGO CAFÉ <br> + MARKET, <br><br> Defendant. <br><br> JORDAN JONES, <br> ROBERT LEMUS, and <br> JASON REED, individually and on behalf of <br> all other similarly situated, <br><br> Plaintiffs, <br> v. <br><br> GIANT EAGLE, INC., <br><br> Defendant. | Consolidated Civil Action No. <br> 2:18-cv-01534-DSC-CRE <br><br><br><br> **THIS ORDER RELATES TO THE** <br> ***JONES* ACTION** |

### [PROPOSED] ORDER OF COURT

AND NOW, this ____ day of _____, 2020, upon consideration of Defendant Giant Eagle, Inc.'s Motion to Reconsider Order Striking Motion for Summary Judgment, and the reasons set forth therein, good cause having been shown therefore, IT IS HEREBY ORDERED that Giant Eagle's Motion to Reconsider is GRANTED.  Giant Eagle's Motion for Summary Judgment (Doc. 130) filed, January 21, 2020, is GRANTED.

BY THE COURT:

_____, J.